JOHN WHELAN, Respondent, *vs.* BERNARD J. REILLY, *et al.*, Appellants.

1. Whelan vs. Reilly, *ante* p. 565, affirmed.

*Appeal from St. Louis Circuit Court.*

SHERWOOD, Judge, delivered the opinion of the court.

This case differs in no respect from that of Andrew F. Whelan against the same defendants decided at the present term, and for like reasons the judgment will be affirmed. Judge Vories absent, the other judges concur.